No. 94–8557.  SMITH *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 94–8558.  BELL *v.* WASHINGTON, WARDEN.  Sup. Ct. Ill. Certiorari denied.

No. 94–8559.  ROJAS *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 94–8560.  CSOKA *v.* UNITED STATES ET AL.  C. A. 7th Cir. Certiorari denied.

No. 94–8567.  DEL VALLE VILLEGAS *v.* COUGHLIN, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 2d Cir.  Certiorari denied.

No. 94–8569.  GRIFFIN *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 94–8570.  CHAMBERS *v.* BORG, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 94–8572.  REUSCHER *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 94–8576.  GAMBLE *v.* TERRY.  Sup. Ct. Ga.  Certiorari denied.

No. 94–8589.  PITTMAN *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 94–8596.  GREEN *v.* DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.

No. 94–8614.  PRATER *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 94–8622.  BROWN *v.* WARREN.  C. A. 4th Cir.  Certiorari denied.

No. 94–8623.  CURRY *v.* BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 94–8644.  WYATT *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.